**Appeal Dismissed and Memorandum Opinion filed December 19, 2023.**



In The

# Fourteenth Court of Appeals

## NO. 14-23-00524-CV

### JORDEN CARMICHAEL, Appellant

### V.

### WILMER FLP, Appellee

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1204363**

## MEMORANDUM OPINION

This appeal is from a judgment signed July 18, 2023. The clerk's record was filed August 10, 2023. The court reporter indicated on September 21, 2023 there was no reporter's record. No brief was filed.

On October 31, 2023, this court issued an order stating that unless appellant filed a brief on or before November 30, 2023, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Bourliot, Zimmerer, and Spain.